IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE:                                                      CASE NO.: 09-32350
     VOGHT, LEO B
     VOGHT, PATRICIA D                             CHAPTER 7

        Debtor(s).

_____/

**NOTICE OF PAYMENT OF UNCLAIMED FUNDS**
**PURSUANT TO 11 U.S.C. §347**

Chapter 7 Trustee, Karin A. Garvin ("Trustee"), pursuant to 11 U.S.C. §347, gives notice of the payment to the Clerk, United States Bankruptcy Court, of unclaimed funds as follows:

| Claim No. | Claimant Name and Address | Dividend |
|---|---|---|
| 8-2 | IRS<br>400 W Bay Street, Ste 35045<br>Tallahassee, FL 32302 | $4,858.84 |

The check was mailed to the creditor at the above address on July 1, 2011. The check was never cashed and was not returned to the Trustee. A stop payment has been issued on this check.

                                           /s/ Karin A. Garvin
                                           Karin A. Garvin, Trustee
                                           FL Bar No. 0106933
                                           1801 W. Garden Street
                                           Pensacola, FL 32502
                                           850-437-5577/850-437-5250 fax

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing notice has been served by the Court's CM/ECF system upon: Charles F. Edwards, 110 East Park Avenue, Suite 128, Tallahassee, FL 32301 on the date this document was filed with the Court. *Note: for verification of the date of service, please check the docket entry for this document.*

                                           /s/ Karin A. Garvin